# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**802**
**CA 13-00915**
PRESENT: SMITH, J.P., CENTRA, CARNI, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF STEVON MCFADDEN,
PETITIONER-APPELLANT,

V                                                                    ORDER

BRIAN FISCHER, COMMISSIONER, NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION, RESPONDENT-RESPONDENT.

---

WYOMING COUNTY-ATTICA LEGAL AID BUREAU, WARSAW (ADAM W. KOCH OF
COUNSEL), FOR PETITIONER-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (JEFFREY W. LANG OF
COUNSEL), FOR RESPONDENT-RESPONDENT.

---------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Supreme Court, Wyoming County (Mark
H. Dadd, A.J.), entered April 24, 2013 in a CPLR article 78
proceeding.  The judgment dismissed the petition.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Matter of Ansari v Travis*, 9 AD3d 901, *lv denied* 3
NY3d 610).

Entered:  July 3, 2014                          Frances E. Cafarell
                                                Clerk of the Court